1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

9

10

11

12

GLACIER VALLEY LLC, et al.,

               Plaintiff(s),

    v.

CITY OF MAPLE VALLEY, et al.,

               Defendant(s).

NO. C04-2202P

MINUTE ORDER

13

14

      The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

15

16

17

      On March 1, 2005, the above-entitled case was stayed pending resolution of remanded state claims (Dkt. No. 10).  The parties are hereby ordered to submit a joint status report regarding the remanded state claims to this Court by no later than **February 24, 2006**.

18

19

      Filed this 23rd day of January, 2005.

20

                         BRUCE RIFKIN, Clerk

21

22

                   By     /s Mary Duett
                           Deputy Clerk

23

24

25

26

MINUTE ORDER