UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLACIER VALLEY LLC, et al., | |
| Plaintiff(s), | NO. C04-2202P |
| v. | MINUTE ORDER |
| CITY OF MAPLE VALLEY, et al., | |
| Defendant(s). | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court is in receipt of counsels' letter of January 25, 2006 advising the Court of the status of the above-entitled matter in state court.

The parties are ordered to submit a further updated status report in this matter by **July 28, 2006.**

Filed this 20th day of March, 2006.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
     Deputy Clerk

MINUTE ORDER